Jones v City of Buffalo (2024 NY Slip Op 01426)

Jones v City of Buffalo

2024 NY Slip Op 01426

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ.

153 CA 22-01895

[*1]TIMOTHY JONES, PLAINTIFF-APPELLANT,
v
CITY OF BUFFALO, JAMES COMERFORD, JR., COMMISSIONER OF PERMIT & INSPECTION SERVICES AND HANNAH DEMOLITION, INC., DEFENDANTS-RESPONDENTS. 

KEVIN T. STOCKER, TONAWANDA, FOR PLAINTIFF-APPELLANT. 
CAVETTE A. CHAMBERS, CORPORATION COUNSEL, BUFFALO (DAVID M. LEE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS CITY OF BUFFALO, AND JAMES COMERFORD, JR., COMMISSIONER OF PERMIT & INSPECTION SERVICES.
PAUL M. MICHALEK, JR., WEST SENECA, FOR DEFENDANT-RESPONDENT HANNAH DEMOLITION, INC. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered October 31, 2022. The order granted the motions of defendants for summary judgment and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court